| | |
|---|---|
| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See *"Instructions for Service of Process by U.S. Marshal"* |

RECEIVED<br>UNITED STATES MARSHAL<br>2025 FEB 25 AM 10: 45<br>SOUTHERN DIST. S/TX

| PLAINTIFF<br>Douglas T. Watkins | COURT CASE NUMBER<br>4:25-cv-00741 |
|---|---|
| DEFENDANT<br>UPS Willowbrook, et al. | TYPE OF PROCESS<br>Summon and Complaint |

| SERVE { | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Jason Smith - Supervior |
|---|---|
| AT { | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*<br>11802 N. Gessner, Houston, TX 77064 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| U.S. District Court<br>515 Rusk Ave.<br>Houston, TX 77002 | Number of process to be<br>served with this Form 285 |
| | Number of parties to be<br>served in this case |
| | Check for service<br>on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses,*
*All Telephone Numbers, and Estimated Times Available for Service):*

United States Courts<br>Southern District of Texas<br>FILED<br>MAR 11 2025<br>Nathan Ochsner, Clerk of Court

| Signature of Attorney other Originator requesting service on behalf of:<br>*H. Lerma* | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>713 250-5500 | DATE<br>2/25/2025 |
|---|---|---|---|

| **SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE** |
|---|

| I acknowledge receipt for the total<br>number of process indicated.<br>*(Sign only for USM 285 if more*<br>*than one USM 285 is submitted)* | Total Process<br>1 | District of<br>Origin<br>No. 79 | District to<br>Serve<br>No. 79 | Signature of Authorized USMS Deputy or Clerk<br>*Karen Flores* | Date<br>2/25/2025 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the
individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am<br>☐ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy<br>*Omar Saenz* | | |

Costs shown on *attached USMS Cost Sheet* >>

REMARKS

-02/26/25: DUSM Saenz made contact at the provided address,
location is a UPS Warehouse with no customer service available.

-02/26/25: DUSM Saenz contacted UPS Personnel Department
who stated UPS can conduct a verification check with a full name.
DUSM Saenz provided UPS with Jason Smith's name.

-UPS Personnel Department did not respond nor contact DUSM Saenz

-Returned Unexecuted

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Jason Smith - Supervisor

was received by me on *(date)*   02/26/2025   .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because   UPS failed to contact or reply to   ; or
                 DUSM Saenz

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   02/26/2025

_____
*Server's signature*

Omar Saenz - Deputy United States Marshal
*Printed name and title*

515 Rusk St, Houston, TX 77002
*Server's address*

Additional information regarding attempted service, etc:
-02/26/25: DUSM Saenz made contact at the provided address,
location is a UPS Warehouse with no customer service available.

-02/26/25: DUSM Saenz contacted UPS Personnel Department
who stated UPS can conduct a verification check with a full name.
DUSM Saenz provided UPS with Jason Smith's name.

-UPS Personnel Department did not respond nor contact DUSM Saenz

-Returned Unexecuted

## UNITED STATES DISTRICT COURT
### for the

RECEIVED
UNITED STATES MARSHAL

2025 FEB 25 AM 10: 54

SOUTHERN DIST. S/TX

Douglas T. Watkins
_____
*Plaintiff(s)*

v.

Jason Smith (supv.)
_____
*Defendant(s)*

4:25-cv-00741

Civil Action No. 4:24-mc-02156

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

UPS Willowbrook
11802 N. Gessner Rd.
Houston, T/ 77064

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

PO Box 191    Douglas T. Watkins
Tomball Tx 77377

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT    **NATHAN OCHSNER**

Date: FEB 2 5 2025 _____

_____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
## for the

RECEIVED
UNITED STATES MARSHAL

2025 FEB 25 AM 10: 54

SOUTHERN DIST. S/TX

Douglas T. Watkins
*Plaintiff(s)*

v.

Jason Smith (supv.)
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

4:25-cv-00741

Civil Action No. 4:24-mc-02156

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

UPS Willowbrook
11802 N. Gessner Rd.
Houston, TX 77064

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

PO Box 191  Douglas T. Watkins
Tomball TX 77377

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT  **NATHAN OCHSNER**

Date: ____ FEB 2 5 2025 ____

_____
*Signature of Clerk or Deputy Clerk*

AO 240A (Rev. 08/23) Order to Proceed Without Prepaying Fees or Costs

United States District Court
Southern District of Texas

RECEIVED
UNITED STATES MARSHAL
2025 FEB 25  AM 10: 54
SOUTHERN DIST. S/TX

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

**ENTERED**
January 28, 2025
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| DOUGLAS T. WATKINS | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   4:24-MC-2156 |
| UPS WILLOWBROOK | ) | |
| MANAGERS/SUPERVISORS | ) | |
| *Defendant* | ) | |

## ORDER TO PROCEED WITHOUT PREPAYING FEES OR COSTS

**IT IS ORDERED:** The defendant's application under 28 U.S.C. § 1915 to proceed without prepaying fees or costs is:

☑ Granted:

The clerk is ordered to file the complaint and issue a summons. The United States marshal is ordered to serve the summons with a copy of the complaint and this order on the defendant(s). The United States will advance the costs of service. Prisoner plaintiffs are responsible for full payment of the filing fee.

☐ Granted:

The clerk is ordered to file the complaint and to notify the Commissioner of the commencement of the action by transmitting a Notice of Electronic Filing to the appropriate office within the Social Security Administration's Office of General Counsel and to the United States Attorney for the district where the action is filed. If the complaint was not filed electronically, the clerk is ordered to notify the plaintiff of the transmission. The plaintiff does not need to serve a summons and complaint under Civil Rule 4. (Actions under 42 U.S.C. § 405(g) for review on the record of a final decision of the Commissioner of Social Security presenting only an individual claim.)

☐ Granted Conditionally:

The clerk is ordered to file the complaint. Upon receipt of the completed summons and USM-285 form for each defendant, the clerk will issue a summons. If the completed summons and USM-285 forms are not submitted as directed, the complaint may be dismissed. The United States marshal is ordered to serve the completed summons with a copy of the complaint and this order on the defendant(s). The United States will advance the costs of service. Prisoner plaintiffs are responsible for full payment of the filing fee.

☐ Denied:

This application is denied for these reasons:

TRUE COPY I CERTIFY ATTEST:
NATHAN OCHSNER, Clerk of Court

By_____
Deputy Clerk

Date: 1/24/25

_____
*Judge's signature*

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE
*Printed name and title*

RECEIVED
UNITED STATES MARSHAL
2025 FEB 25  AM 10: 54
SOUTHERN DIST. S/TX

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

Houston Division

| | |
|---|---|
| Douglas T. Watkins | ) )  Case No. _____ |
| _Plaintiff(s)_ | )  (to be filled in by the Clerk's Office) |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) ) ) )  Jury Trial: _(check one)_  ☑ Yes  ☐ No |
| -v- | ) ) ) ) ) |
| UPS Willowbrook (Manager Supervisors) | ) ) |
| _Defendant(s)_ | ) ) ) |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) ) ) |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**I.    The Parties to This Complaint**

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name            Douglas T. Watkins
Street Address  (PO Box 191 mailing)   535 Seminar Dr.
City and County  Tomball   Harris    Houston  Harris
State and Zip Code  TX 77377              77060
Telephone Number  832-438-4849
E-mail Address   bro.doug @ icloud.com

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title _(if known)_.  Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

Name — Edward

Job or Title *(if known)* — Labor Management

Street Address — 11802 N. Gessner

City and County — Houston   Harris

State and Zip Code — TX   77064

Telephone Number — 1-800-742-5877

E-mail Address *(if known)*

Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

## C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | UPS Willowbrook |
| Street Address | 11802 N. GESSNER Rd. |
| City and County | Houston F Harris |
| State and Zip Code | TX 77064 |
| Telephone Number | 1-800-742-5877 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:
Pay by less time worked

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:
Houston HARRIS

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.

☑ Termination of my employment.

☐ Failure to promote me.

☐ Failure to accommodate my disability.

☑ Unequal terms and conditions of my employment.

☑ Retaliation.

☐ Other acts *(specify)*: work hours lessened

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

August 2021 — May 14, 2024

C. I believe that defendant(s) *(check one)*:

☐ is/are still committing these acts against me.

☑ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☑ race

☐ color

☑ gender/sex

☐ religion

☐ national origin

☑ age *(year of birth)* 1958 *(only when asserting a claim of age discrimination.)*

☐ disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

June 17, 2024

B.   The Equal Employment Opportunity Commission *(check one):*

☐   has not issued a Notice of Right to Sue letter.

☑   issued a Notice of Right to Sue letter, which I received on *(date)* Nov. 28, 2024.
*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.   Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one):*

☑   60 days or more have elapsed.

☐   less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   12/20/2024

Signature of Plaintiff

Printed Name of Plaintiff   Douglas T. Watkins

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Appendix A

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
__Houston__ DIVISION

Douglas T. Watkins

versus

UNITED PARCEL SERVICE
Matthew Rodriquez Jason(Sup)
Boostik (Sup) Chris (Sup) Devon(Sup)
Prior shift before Twilight

§
§
§
§
§
§
§
§

CIVIL ACTION NO. _____

## EMPLOYMENT DISCRIMINATION COMPLAINT

1.     This action is brought under Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred by Title 42 United States Code, Section § 2000e-5.

2.     The Plaintiff is:     Douglas T. Watkins

       Address:     535 Seminar Dr. Apt 229

       Houston Tx. 77060

       County of Residence:     HARRIS

3.     The defendant is:     U.P.S. Willowbrook

       Address:     _____

       _____

☐     Check here if there are additional defendants. List them on a separate sheet of paper with their complete addresses.

4.     The plaintiff has attached to this complaint a copy of the charges filed on _____ with the Equal Opportunity Commission.

5.     On the date of _____, the plaintiff received a Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission; a copy is attached.

1

6. Because of the plaintiff's:

(a) ☑ race

(b) ☐ color

(c) ☑ Sex

(d) ☐ Religion

(e) ☐ national orgin,

the defendant has:

(a) ☐ failed to employ the plaintiff

(b) ☑ terminated the plaintiff's employment

(c) ☐ failed to promote the plaintiff

(d) ☐ other: Requeted about 4 times to be moved to tender work area which Matthew Rodriquez denied verbally twice 1 to Boostik and Jason.

7. When and how the defendant has discriminated against the plaintiff:

① Each week being harrassed by Small Sort supervisor. ② Threaten constantly with termination. ③ Had other employees weaponized against me. ④ Less work hours. ⑤ Denied being moved

8. The plaintiff requests that the defendant be ordered:

(a) ☐ to stop discriminating against the plaintiff

(b) ☐ to employ the plaintiff

(c) ☐ to re-employ the plaintiff

(d) ☐ to promote the plaintiff

(e) ☐ to Received compensation (monetary) for consistant

2

and persistant harrassment, discrimivation and deprived of pay by shorter hours, _____ and that;

(f) ☑ the Court grant other relief, including injunctions, damages, costs and

attorney's fees.

_Douglas J Walker_

(Signature of Plaintiff)

Address: mailling P.O.Box 191

Tomball, Tx 77377

Telephone: 832-438-4849

3

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

Houston Division

Douglas T Watkins
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

UPS Twilight Managers/Supervisors
Defendant(s)   Small Sort
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
  *(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑Yes ☐No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.   The Parties to This Complaint

**A.   The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

|  |  |
|---|---|
| Name | UPS Matthew Rodriguez Manager |
| Street Address | 11802 N Gessner Rd |
| City and County | Houston    Harris County |
| State and Zip Code | Tx, 77064 |
| Telephone Number | 1-800-742-5877 |
| E-mail Address | |

**B.   The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 6

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

  Name

  Job or Title *(if known)*

  Street Address

  City and County

  State and Zip Code

  Telephone Number

  E-mail Address *(if known)*

Jason Seh Schmidt (supervisor)
SUPERVISOR
11802 N. GESSNER Rd
HOUSTON   HARRIS
TX  77064
1-800-742-5877

Defendant No. 2

  Name

  Job or Title *(if known)*

  Street Address

  City and County

  State and Zip Code

  Telephone Number

  E-mail Address *(if known)*

Bostick
SUPERVISOR
11802 N. GESSNER Rd.
Houston   HARRIS
TX  77064
1-800-742-5877

Defendant No. 3

  Name

  Job or Title *(if known)*

  Street Address

  City and County

  State and Zip Code

  Telephone Number

  E-mail Address *(if known)*

Chris
SUPERVISOR
11802 N. GESSNER
Houston   Harris
TX  77064
1-800-742-5877

Defendant No. 4

  Name

  Job or Title *(if known)*

  Street Address

  City and County

  State and Zip Code

  Telephone Number

  E-mail Address *(if known)*

Devon
Supervisor
11802 N. GESSNER Rd
Houston   Harris
TX  77064
1-800-742-5877

## C.   Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

Name
Street Address
City and County
State and Zip Code
Telephone Number

UPS Willowbrook
11802 N. Gessner Rd
Houston         Harris
TX              77064
1-800-742-5877

## II.   Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

Pay Disparity by less hours than other employees

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

Harris County

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.

☑ Termination of my employment.

☐ Failure to promote me.

☐ Failure to accommodate my disability.

☑ Unequal terms and conditions of my employment.

☑ Retaliation.

☑ Other acts *(specify)*: hours , harrassment

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

August 2021 - May 14, 2024

C. I believe that defendant(s) *(check one)*:

☐ is/are still committing these acts against me.

☑ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☑ race

☐ color

☑ gender/sex

☐ religion

☐ national origin

☑ age *(year of birth)* 19 58 *(only when asserting a claim of age discrimination.)*

☐ disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

_June 17, 2024_

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☑    issued a Notice of Right to Sue letter, which I received on *(date)* _Nov 28, 2024_

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☑    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Financial compensation for continued harrassment and discrimination while employeed. Back pay for for hours not permitted as others that worked. $3 to $5 million in damages.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    12/20/2024

Signature of Plaintiff

Printed Name of Plaintiff    Douglas T. Watkins

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Houston District Office
1919 Smith Street, 6th Floor
Houston, TX 77002
(346) 327-7700
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 09/12/2024

**To:** Mr. Douglas T. Watkins
PO BOX 191
TOMBALL, TX 77377
Charge No: 460-2024-06598

EEOC Representative and email:    ELAINE WHITE
Investigator
elaine.white@eeoc.gov

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 460-2024-06598.

On behalf of the Commission,

Digitally Signed By:Rayford O. Irvin
09/12/2024
Rayford O. Irvin
District Director

Cc:
Jolee Land
Phelps Dunbar
100 S ASHLEY DR STE 2000
Tampa, FL 33602

John Phillips
Phelps Dunbar
100 S ASHLEY DR STE 2000
Tampa, FL 33602

Please retain this notice for your records.



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Houston District Office
1919 Smith Street, 6th Floor
Houston, TX 77002
(346) 327-7700
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 09/12/2024

**To:** Mr. Douglas T. Watkins
PO BOX 191
TOMBALL, TX 77377
Charge No: 460-2024-06598

EEOC Representative and email:   ELAINE WHITE
Investigator
elaine.white@eeoc.gov

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 460-2024-06598.

On behalf of the Commission,

Digitally Signed By:Rayford O. Irvin
09/12/2024

Rayford O. Irvin
District Director

Cc:
Jolee Land
Phelps Dunbar
100 S ASHLEY DR STE 2000
Tampa, FL 33602

John Phillips
Phelps Dunbar
100 S ASHLEY DR STE 2000
Tampa, FL 33602

Please retain this notice for your records.

Case 4:25-cv-02745    Document 1-3    Filed on 12/24/24 in TXSD    Page 2 of 2

AO 240A (Rev. 08/23) Order to Proceed Without Prepaying Fees or Costs

United States District Court
Southern District of Texas

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

**ENTERED**
January 28, 2025
Nathan Ochsner, Clerk

DOUGLAS T. WATKINS
*Plaintiff*

v.

UPS WILLOWBROOK
MANAGERS/SUPERVISORS
*Defendant*

)
)
)
)
)
)
)

Civil Action No.     4:24-MC-2156

## ORDER TO PROCEED WITHOUT PREPAYING FEES OR COSTS

**IT IS ORDERED:** The defendant's application under 28 U.S.C. § 1915 to proceed without prepaying fees or costs is:

☑ Granted:

The clerk is ordered to file the complaint and issue a summons. The United States marshal is ordered to serve the summons with a copy of the complaint and this order on the defendant(s). The United States will advance the costs of service. Prisoner plaintiffs are responsible for full payment of the filing fee.

☐ Granted:

The clerk is ordered to file the complaint and to notify the Commissioner of the commencement of the action by transmitting a Notice of Electronic Filing to the appropriate office within the Social Security Administration's Office of General Counsel and to the United States Attorney for the district where the action is filed. If the complaint was not filed electronically, the clerk is ordered to notify the plaintiff of the transmission. The plaintiff does not need to serve a summons and complaint under Civil Rule 4. (Actions under 42 U.S.C. § 405(g) for review on the record of a final decision of the Commissioner of Social Security presenting only an individual claim.)

☐ Granted Conditionally:

The clerk is ordered to file the complaint. Upon receipt of the completed summons and USM-285 form for each defendant, the clerk will issue a summons. If the completed summons and USM-285 forms are not submitted as directed, the complaint may be dismissed. The United States marshal is ordered to serve the completed summons with a copy of the complaint and this order on the defendant(s). The United States will advance the costs of service. Prisoner plaintiffs are responsible for full payment of the filing fee.

☐ Denied:

This application is denied for these reasons:

Date: 1/24/25

*Judge's signature*

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE
*Printed name and title*